**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **IN THE MATTER OF CERTAIN** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **XAVIER RODRIGUEZ** | § |

## FINAL JUDGMENT

On this date, the Court considered the status of the immigration habeas cases attached to this order as Appendix A.

Petitioners in these cases filed habeas petitions challenging the legality of their detention. The Government recently filed an advisory in these cases reflecting that the Petitioner(s) in each case has either been (1) released from custody or (2) removed from the country.

Because Respondents are no longer detaining those Petitioners, their claims for relief are moot. Each case listed on Exhibit A is therefore **DISMISSED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE** each case listed on Appendix A.

It is so **ORDERED**.

**SIGNED** this 21st day of July, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

1. 5:25-cv-01566-XR Eduardo Xavier Jimbo Mendez v. Warden, South Texas Detention Facility
2. 5:26-cv-00661-XR Zhu Aiqing v. Facility Director, Compass Connections et al
3. 5:26-cv-00663-XR Cosmo Da Silva v. Noem et al
4. 5:26-cv-00759-XR Jaimes Moreno v. Rodriguez et al
5. 5:26-cv-00802-XR Santos-Romero v. Thompson et al
6. 5:26-cv-00890-XR Kapil KC v. Warden, South Texas ICE Processing Center
7. 5:26-cv-01042-XR WANG v. VERGARA-LOPEZ et al
8. 5:26-cv-01093-XR Koroma v. The Department of Homeland Security et al
9. 5:26-cv-01100-XR Mendez v. McKee
10. 5:26-cv-01594-XR RUIZ CUEVAS v. Warden of the South Texas Detention Center et al
11. 5:26-cv-01732-XR Salinas-Guevara v. BONDI et al
12. 5:26-cv-01845-XR Aguilar-Quijano v. Bondi, et al.
13. 5:26-cv-01870-XR Rivera Maldonado v. Mayorkas et al
14. 5:26-cv-01914-XR Beltran Martinez v. Bondi et al
15. 5:26-cv-01956-XR Calixte v. U.S Department of Homeland Security et al
16. 5:26-cv-01975-XR Tran v. Bondi et al
17. 5:26-cv-02006-XR Rodriguez-Hernandez v. Warden, Karnes County, et al
18. 5:26-cv-02033-XR Garaban v. DHS et al
19. 5:26-cv-02052-XR Vivas Diaz v. Warden, et al
20. 5:26-cv-02057-XR Adaralegbe v. Warden, South Texas ICE Processing Center et al
21. 5:26-cv-02095-XR Similien v. Bondi, et al.
22. 5:26-cv-02116-XR Avila Segura v. Thompson, et al.
23. 5:26-cv-02129-XR Talha v. Bondi et al
24. 5:26-cv-02136-XR Yokarasa v. Bondi et al
25. 5:26-cv-02174-XR Perez Rambaut v. Thompson et al
26. 5:26-cv-02216-XR Oviedo Gonzalez v. Thompson
27. 5:26-cv-02233-XR Asad v. Warden et al
28. 5:26-cv-02245-XR Castillo v. Attorney General of the United States et al
29. 5:26-cv-02289-XR Moura Amaro v. Karnes County Immigration Processing Center et al
30. 5:26-cv-02342-XR Mejias Solano v. Bondi et al
31. 5:26-cv-02451-XR Argueta Alvarado v. Bondi et al

32. 5:26-cv-02469-XR Valdes-Carreon v. Bondi et al
33. 5:26-cv-02528-XR Contreras-Chuecos v. U.S Department of Homeland Security et al
34. 5:26-cv-02865-XR Vargas Cabrera v. Warden, South Texas Immigration Processing Center et al
35. 5:26-cv-02891-XR Mondragon Luna v. Lyons et al Released/Removed: Released.
36. 5:26-cv-02923-XR Mondragon Sanchez v. Lyons et al
37. 5:26-cv-02995-XR Semedov v. Blanche et al
38. 5:26-cv-02996-XR Franco-Matamoros v. Warden, Dilley Immigration Processing Center et al
39. 5:26-cv-03001-XR Teotonio-Aguiiar v. Warden, Dilley Immigration Processing Center et al
40. 5:26-cv-03082-XR De Leon Reyes v. Thompson et al
41. 5:26-cv-03225-XR Duenas v. Attorney General of the United States et al
42. 5:26-cv-03402-XR Da Silva Gomez v. Mullin et al
43. 5:26-cv-03416-XR Zuvieta Arvisu v. Vergara et al
44. 5:26-cv-03540-XR Bah v. Blanche et al
45. 5:26-cv-03564-XR Martin Garcia v. U.S. Immigration and Customs Enforcement et al
46. 5:26-cv-03588-XR Chunzho Canar v. Attorney General of the United States et al
47. 5:26-cv-03714-XR Herrera-Gutierrez v. Warden, La Salle County Regional Detention Center et al
48. 5:26-cv-03775-XR Ramirez Calderon v. Lyons et al
49. 5:26-cv-03936-XR Blanco Guevara v. Karnes County Immigration Processing Center et al
50. 5:26-cv-04019-XR Nava Pineda v. Vergara et al
51. 5:26-cv-04044-XR Alvaro Paquiul Coy v. Ortega et al
52. 5:26-cv-04074-XR Figueredo-Carrasco v. Attorney General of the United States et al
53. 5:26-cv-04105-XR Vazquez de Vielma v. Director, Dilley Immigration Processing Center et al
54. 5:26-cv-04203-XR Santana Martinez v. Warden et al